IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                          JUDGE LEWIS T. BABCOCK

                              **COURTROOM MINUTES**
_____

Courtroom Deputy: Emily Seamon            Date:      January 29, 2013
Court Reporter:   Tammy Hoffschildt       Probation: Patrick Lynch

_____

Criminal Action No. 12-cr-00068-LTB       <u>Counsel:</u>

UNITED STATES OF AMERICA,                 Kurt Bohn

    Plaintiff,

v.

1. JAMES L. SANTISTEVAN,                  Kenneth Eichner

    Defendant.

_____

                                **SENTENCING**
_____

9:10 a.m.    Court in Session.

Defendant is present and in custody.

| Defendant plead guilty to Counts 1-4 of the Indictment on September 6, 2012. |
|---|

Discussion regarding pending motions and Defendant's medical records.

9:15 a.m.    Argument by Mr. Eichner.

9:22 a.m.    Argument by Mr. Bohn.

9:28 a.m.    Statement by Defendant.

10:00 a.m.   Comments by the Court.

                                       1

**ORDERED**: United States' Motion for Downward Departure [Doc. No. 50] is GRANTED.

**ORDERED**: United States' Motion Pursuant to 18 U.S.C. § 3553(e) [Doc. No. 51] is GRANTED.

**ORDERED**: Defendant Santistevan's Motion for Downward Departure Based on Extraordinary Physical Impairment Pursuant to U.S. Sentencing Guidelines §5H1.4 [Doc. No. 53] is GRANTED IN PART.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, James L. Santistevan, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of 108 months. The term on Counts 1, 2, and 3 is 48 months, to be served concurrently. The term on Count 4 is 60 months, to be served consecutively to the term on Counts 1, 2, and 3.

Court strongly recommends that the Bureau of Prisons place Defendant at a medical facility.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 5 years as to Counts 1 and 3, and 3 years as to Counts 2 and 4 to run concurrently.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION** of Supervised Release:
- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the

                use of alcohol or other intoxicants during the course of treatment.
(X)     The defendant will be required to pay for the cost of treatment as directed by the probation officer.

**ORDERED**: Defendant shall pay a special assessment of $100.00 for each of the four counts for a total of $400.00, which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Defendant advised of right to appeal, to the extent that his appellate rights were not waived in his plea agreement.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

10:25 a.m.    Court in Recess.
Hearing concluded.
Time: 1:15